# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINTS

I, Special Agent Timothy R. Kenny, being sworn, depose and state as follows in support of my application for a complaint charging that Demond HAYDEN, a/k/a "Deem," did conspire with others, including, Theodore RICHARDS, III, a/k/a "Mickey," and Elijah MELTON, to distribute and possess with intent to distribute controlled substances (including fentanyl and cocaine) in violation of 21 U.S.C. § 846. The above-referenced conspiracy involved an agreement by HAYDEN to distribute at least 400 grams of fentanyl and ten kilograms of cocaine.

## INTRODUCTION

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since 2014. For much of that time, I have been engaged in gang and drug investigations. I am currently assigned to the FBI's Boston Office. Based on my training and experience as a Special Agent, I am familiar with federal narcotics, firearm, and money laundering laws. In this regard, I know that it is a violation of 21 U.S.C. § 841(a)(1) to possess with intent to distribute and to distribute controlled substances, including fentanyl and cocaine, and a violation of 21 U.S.C. § 846 to conspire to do the same.

2. Since becoming a Special Agent with the FBI, I have participated in investigations of narcotics trafficking and money laundering, and among other things, have conducted or participated in physical surveillance, the execution of search warrants, debriefings of subjects, witnesses, and informants, and participated in consensually recorded conversations and meetings.

Through my training, education, and experience, I am familiar with the manner in which illegal drugs are transported, stored, and distributed, and with the methods of payment for such drugs.

3. I have written and/or participated in the execution of numerous search warrants resulting in the seizures of large quantities of controlled substances, packing implements, other paraphernalia involved in the manufacture and distribution of controlled substances, large amounts of United States currency, ledger books, bank records, telephone books, receipts, drug customer lists, and other documents relating to the manufacturing, transportation, ordering, purchasing, and distribution of controlled substances. I have participated in the debriefing of defendants, informants, and witnesses who had personal knowledge regarding large-scale drug trafficking organizations. I have participated in all aspects of drug investigations including conducting surveillance, executing searches pursuant to court-ordered search warrants, and conducting arrests. As a result of my assignments, I have received extensive specialized training in the field of narcotics identification, investigation, and enforcement.

4. Based upon my training and experience, I am familiar with the methods of operation employed by narcotics traffickers operating at the local, state, national, and international levels, including those involving the distribution, storage, and transportation of narcotics and the collection of monies that constitute the proceeds of narcotics trafficking activities. I am aware that drug traffickers commonly use cellular telephones in furtherance of their drug trafficking activities and frequently change cellular telephone numbers and cellular telephones in an effort to thwart law enforcement's use of electronic surveillance. I am also aware that narcotics traffickers speak in vague, guarded, or coded language when discussing their illegal activities, use text messages in lieu of phone calls to avoid speaking over the telephone, and employ a variety of counter-surveillance techniques to detect if their vehicles are being followed by law enforcement.

5. The information contained in this affidavit is based on my own investigation, oral and written reports by other law enforcement officers, physical surveillance, information from confidential informants/cooperating witnesses, public records, database checks, mobile phone location information, and other investigations. The word "agent" or "investigator" is used in this affidavit for all federal, state, and local law enforcement officers. The dates and times in this affidavit are approximate. This affidavit is submitted for the limited purpose of establishing probable cause for the issuance of criminal complaints and arrest warrants charging Demond HAYDEN with conspiracy to distribute and possess with intent to distribute controlled substances, including fentanyl and cocaine, in violation of 21 U.S.C. § 846. Because this affidavit is submitted for the limited purpose of supporting the issuance of a criminal complaint and arrest warrant for HAYDEN, I have not set forth every fact learned during the investigation or recounted every investigative technique employed. Rather, I am only setting forth information necessary to support probable cause for the issuance of the complaints.

## BACKGROUND

### I. The Richards Drug Trafficking Organization

6. Since approximately January 2019, the FBI Metro Boston Gang Task Force ("MBGTF") has been investigating a group of individuals suspected in a variety of firearms and controlled substances violations within the Brockton area of Massachusetts and elsewhere. During the investigation, the MBGTF and agents/officers from the Drug Enforcement Administration ("DEA") identified evidence regarding a drug trafficking organization headed by RICHARDS (hereinafter referred to as the "Richards DTO"). Investigators have learned that the Richards DTO has distributed bulk quantities of controlled substances (including, but not limited to, fentanyl, cocaine, marijuana and methamphetamine) throughout the United States for several years and the

organization has generated millions of dollars in illegal proceeds. The investigation has found evidence tying the Richards DTO to various states, including, but not limited to, Massachusetts, California, Ohio, Illinois, Indiana, Georgia, New York, New Jersey, North Dakota, Washington D.C., Missouri and Michigan. The Richards DTO also has ties to Mexico and Colombia, including transnational drug cartels.[1] HAYDEN was one of multiple individuals responsible for distributing drugs on behalf of the organization throughout the United States. In this regard, pursuant to the investigation, though Hayden was originally from the Bakersfield, CA, area, he distributed controlled substances for the Richards DTO in the St. Louis, Missouri area. Not only did HAYDEN distribute drugs in this area, per electronic communications set forth below, HAYDEN supported other individuals associated with the Richards DTO (such as an individual identified as "Vito") in the distribution of controlled substances in the same area.[2] HAYDEN also communicated electronically about potentially moving his operations to a more lucrative section of the United States. Similarly, as discussed below, HAYDEN was invited by Richards to a large party at Richard's compound in Bakersfield, CA, for party that involved other Richards DTO members, including Elijah MELON, who was distributing controlled substances for the Richards DTO in Massachusetts. As further evidence of HAYDEN's knowing involvement in a large-scale drug conspiracy, HAYDEN communicated with Richards about issues involving another associate and Colombian cartel members. The two discussed having the individual murdered to appease the

[1] Based on the ongoing investigation, the Richards DTO is a gang-related organization as it members are members/associates of various street gangs, including sets of the Crips Street Gang. In this regard, based on the investigation, HAYDEN has been identified as a member of the East Side Crips based in the Bakersfield, California, area. Richards has been identified as a member/associate of the Country Boy Crips, which is also based in the Bakersfield area.

[2] Based on electronic communications, HAYDEN provided bulk controlled substances to "Vito" and was also involved in sending money from "Vito" back to the Richards DTO as payment for the bulk drugs.

Colombian cartel consistent with seeking to preserve the cartel as a source of supply. Investigators have also found that HAYDEN had a contact in one of his phones which is consistent with RICHARDS' attorney's cell phone number (ending in -5232). As discussed below, RICHARDS expressly informed MELTON that the Richards DTO members would have Richards' attorney to act as legal counsel should they run afoul of law enforcement. In fact, Richards' attorney represented MELTON in Massachusetts after MELTON was arrested on federal drug charges. Thus, the evidence supports that HAYDEN knowingly participated in a transnational and multi-state drug organization led by RICHARDS.

## II. The Richards DTO's Trafficking of Controlled Substances in Massachusetts

7. Based on the ongoing investigation, MELTON[3] and RICHARDS conspired to distribute controlled substances in Massachusetts. Both were charged in the District of Massachusetts by indictment with conspiring to distribute and possess with intent to distribute controlled substances (including fentanyl, cocaine, marijuana and cocaine base[4]); Melton subsequently pled guilty to the charge in the District of California. As part of this conspiracy, RICHARDS supplied MELTON with approximately 4 kilograms of fentanyl, 32 kilograms of cocaine, and 308 pounds of marijuana in Massachusetts on or around October 29, 2023. In support of the initial complaint, I authored an affidavit, dated April 23, 2025, which is attached as Exhibit 1 (the "Massachusetts Complaint Affidavit"). I hereby incorporate the Massachusetts Complaint Affidavit by reference herein and do not repeat here all the facts recited in that document.

[3] As noted above, the Richards DTO involves members of the Crips Street Gang. Based on the investigation, MELTON was a member/associate of the Harvard Street Gang which operated out of Brockton, MA.

[4] As to distribution of cocaine base, per communications between RICHARDS and MELTON, RICHARDS understood that at least some of the powder cocaine that the Richards DTO shipped into Massachusetts was to be cooked into cocaine base (also known as "crack").

8. As noted in the Massachusetts Complaint Affidavit, on or about December 12, 2023, investigators arrested MELTON pursuant to a federal arrest warrant and executed a federal search warrant at 46 Clay Street, Middleboro, Massachusetts. Investigators located and seized three electronic devices (two iPhones and one iPad) (referred to as MELTON Devices 1, 2, and 3) and $13,700 in cash. Investigators obtained federal search warrants for the content of the three MELTON Devices. Investigators have reviewed the content of MELTON Device 1, MELTON Device 2, and MELTON Device 3 and observed content consistent with drug trafficking activity in each device.

9. In MELTON Device 2, investigators observed messages in an application named "Session"[5] between MELTON and RICHARDS. RICHARDS utilized the username "James Jackson" in these communications.[6] As detailed in the Massachusetts Complaint Affidavit, the messages, photographs, and videos document that RICHARDS and MELTON conspired to distribute controlled substances (including fentanyl, cocaine, cocaine base and marijuana) in violation of federal law. As described in greater detail in the Massachusetts Complaint Affidavit, RICHARDS (in California) used the Session application to coordinate with MELTON (in Massachusetts) the preparation, transportation, and distribution of 4 kilograms of fentanyl, 32 kilograms of cocaine, and 308 pounds of marijuana. These drug-related discussions occurred between approximately September 2023 and December 2023.

[5] According to Session's website, getsession.org, Session is a private messaging app that protects your metadata, encrypts your communications, and makes sure your messaging activities leave no digital trail behind.

[6] As detailed in the affidavit, investigators determined that RICHARDS used the screen name "James Jackson" based on several factors including, but not limited to: (1) a photo sent by RICHARDS to MELTON of RICHARDS with a female identified as his daughter; (2) messages in which RICHARDS described his criminal history, his criminal organization, his address, and other personal attributes; and (3) location information, photos, and videos wherein MELTON attended a party at RICHARDS' identified "compound" in Bakersfield, California.

10. In the Session communications with MELTON, RICHARDS portrayed himself not as a one-time dealer but as the leader of a continuing criminal organization that distributed controlled substances on a large scale. For example:

a. On September 22, 2023, RICHARDS sent MELTON an image of what RICHARDS described as "[s]ome girls and boys I had sent out to DC a week ago." Based on the investigation, the term "girl" refers to a kilogram of cocaine, and the term "boy" refers to a kilogram of fentanyl in the Richards DTO. MELTON informed RICHARDS that MELTON would be able to distribute 50 kilograms of cocaine per week ("girl move way faster like 50 girls a week type shit"). RICHARDS stated that if MELTON could send money back on the same truck the drugs came on, RICHARDS could "keep it [the drugs] coming nonstop …. The more money we send back on that same truck, the faster the next truck comes with more stuff and a straight rotation."

b. On September 23, 2023, RICHARDS wrote to MELTON that, "[E]verything with me comes with a protection safety. A guarantee you'll never go to jail fucking with me my outfit."

c. On October 20, 2023, RICHARDS sent MELTON pictures of (1) kilograms of cocaine that were stamped with the photo image of Pablo Escobar (the prior head of the Medellin Drug Cartel), and (2) kilograms of fentanyl that were stamped with an image of Mickey Mouse.[7]

[7] RICHARDS uses the nickname "Mickey" and has signed federal pleadings using that nickname.

d. On October 21, 2023, RICHARDS wrote, "Another thing to I want you to know this my drivers are tight you never have to worry about anything ever everybody has my lawyer and we never talk. We never cooperate. We know the law!!!!!"

e. On October 24, 2023, RICHARDS wrote that the only money MELTON had to send back was money for cocaine: "[W]hen it comes to girls it goes a lot faster for us when the money is like a volleyball going back and forward."

f. RICHARDS related to MELTON in the electronic communications that: "I need a protégé. You remind me of myself when I was younger, you just have a certain ambition in your eye, and I know what it is because I had the same thing… it's better to be out here making $1 million a year for 10 years then to make 10 million in one year but be gone for 10 years."

g. In December 2023, MELTON visited RICHARDS in Bakersfield, California at what RICHARDS described as his "compound" for a party that involved other members/associates of the Richards DTO – as noted below, HAYDEN was also invited to this party.

During these communications, there were communications that identified that RICHARDS was supplying MELTON with a type of fentanyl which RICHARDS called "Mickey." I am aware, based on my training and experience, that fentanyl for distribution can come in a variety of types based on numerous factors, such as the quality of the fentanyl and the cutting agents used to dilute the fentanyl for distribution. Along these lines, types of fentanyl can be marked through packaging and stamping. For example, distributors use physical presses to stamp the drug with a symbol that

marks it as a certain type of fentanyl or place a name/symbol on the packaging of a kilogram of fentanyl for the same purpose. RICHARDS sent a video of the bulk shipment of controlled substances being sent to MELTON. The video showed kilogram-quantities of a substance stamped with a "Mickey Mouse" head – consistent with those kilograms being "Mickey" fentanyl.

## III. Recent Seizures Associated with the Richards DTO

11. As outlined above, investigators have seized extensive and detailed communications between RICHARDS and MELTON regarding the distribution of fentanyl and cocaine in Massachusetts. Investigators have also identified seizures within the last approximately eighteen months which involve the Richards DTO's activities.

### A. January 2025 Chicago Seizures

12. On January 17, 2025, DEA investigators conducted a car stop of an individual (hereinafter referred to as "Individual 1") in Chicago, Illinois. Agents recovered from Individual 1's vehicle: (1) approximately 4 kilograms of fentanyl, (2) 63 grams of cocaine base; (3) a hydraulic press (used to generate kilograms for sale, including pressing stamps into the kilograms); and (4) other drug trafficking paraphernalia. Investigators thereafter obtained state search warrants for three storage units associated with Individual 1 and recovered: (1) approximately 9.45 kilograms of fentanyl, (2) approximately 2.3 kilograms of cocaine; (4) approximately $58,000 in cash; (5) an unloaded Glock pistol; and (6) drug trafficking paraphernalia.

Individual 1 had a phone, which was seized and searched. The phone contained electronic communications consistent with communications with RICHARDS. The two communicated using the Signal app and the Sessions app. As noted in the underlying complaint affidavit, RICHARDS and MELTON used the Sessions app to communicate concerning the shipping and distribution of drugs in Massachusetts. The communications between RICHARDS

and Individual 1 include:

1. Communications in which RICHARDS used the name "James Jackson" – the same first name as RICHARDS used in communications with MELTON.

2. In Sessions communications, "James Jackson" provided his Sessions code number to facilitate communications – the corresponding account number matches the Sessions account number used by RICHARDS in the MELTON communications.

13. In the communications with Individual 1, which occurred in or around January 15, 2025, RICHARDS stated that RICHARDS was going to be given a larger role in distributing drugs to certain geographic locations, apparently by a drug cartel. RICHARDS wrote: "Got the call they're letting us all the way in," and "Giving me NY," and "If I do that right can get Chicago too." Individual 1 asked RICHARDS: "So they gonna be sending all of the girls to New York?" As discussed above, the term "girl" is a reference to a kilogram of cocaine. RICHARDS responded: "No, it's just a big operation. 1000 [kilograms of cocaine] at a time." Individual 1 responded: "Then you gott move them from the east coast?" RICHARDS replied: "West Coast to East Coast." RICHARDS also communicated: "It's just what they want me to start at. I still have leverage to do whatever I want in their system." RICHARDS further stated: "I still have buying power and the[y] will front me what I ask for in other cities." RICHARDS noted: "10 years straight and I always paid every penny even if I lost they always got paid that's how we got to this position."

### B. <u>June 2025 Seizure of Fentanyl and Cocaine in Dayton, Ohio</u>

14. On or about June 5, 2025, officers attempted to stop a vehicle that had entered Ohio from Indiana on a main highway. The vehicle engaged in aggressive driving tactics and escaped the initial car stop through these tactics. Officers were able to identify that it was a rental vehicle that had been rented in Houston by Individual 2. RICHARDS has admitted in federal court proceedings that Individual 2 is his cousin.

15. Officers subsequently stopped the vehicle on rural backroads near Dayton. Individual 2 was the driver and sole occupant. Pursuant to a search of the vehicle, officers found multiple black bags in the trunk. The bags contained kilogram bricks of fentanyl and cocaine – approximately 12 kilograms of fentanyl and 35 kilograms of cocaine. At least two of the kilograms of fentanyl had "Mickey" written on them and at least two of the kilograms were stamped with a Mickey Mouse symbol – the same brand of fentanyl as distributed by the Richards DTO.

### C. July 2025 Seizure in Columbus, Ohio

16. On or about July 31, 2025, DEA agents/officers executed a search warrant at an apartment used by Individual 3. Based on the ongoing investigation, Individual 3 is a member of the East Side Crips and is originally from the Bakersfield area, like RICHARDS and HAYDEN. There were various examples of drug trafficking paraphernalia in the apartment, including scales, cutting agents, cutting paraphernalia, and materials for packaging drugs. A kilogram press and press plates with a "Mickey Mouse" symbol were also identified in the apartment – consistent with the individual distributing "Mickey" fentanyl, one of the products of the Richards DTO. Agents recovered: (1) approximately 15 kilograms of fentanyl; (2) approximately 48 kilograms of cocaine; (3) 5 semi-automatic pistols; (4) a semi-automatic rifle; (5) assorted ammunition; and (6) approximately $15,000 in U.S. currency.

17. Individual 3 was subsequently arrested in the Bakersfield, California area. After the arrest, RICHARDS' legal counsel contacted law enforcement in the Eastern District of California concerning potentially representing Individual 3 in the Ohio case – an action consistent with a communication made by RICHARDS to MELTON in October 2023 in which RICHARDS stated: "Another thing to I want you to know this my drivers [who deliver

controlled substances] are tight you never have to worry about anything ever ***everybody has my lawyer*** and we never talk. We never cooperate. We know the law!!!!!" (emphasis added). *See* Exhibit 1 at ¶ 16. The same counsel also represented MELTON after MELTON was arrested on charges in Massachusetts in 2024.[8]

## IV. Evidence of the Richards DTO from Phone Associated with RICHARDS

18. RICHARDS was arrested in Chicago, Illinois, on or about May 13, 2025, based on a federal complaint from the District of Massachusetts. Pursuant to his arrest, agents/officers seized an Apple iPhone from RICHARDS' person (the "RICHARDS iPhone 1"), and one Apple iPhone (the "RICHARDS iPhone 2") and one Apple iPad (the "RICHARDS iPad") from a backpack in the trunk of RICHARDS' vehicle. Investigators obtained search warrants for the devices (*25-1220-DLC, 25-1221-DLC, and 25-1222-DLC*) in the District of Massachusetts.

19. To date, investigators have obtained a partial extraction of the RICHARDS iPhone 1.[9] Investigators believe, based on the nature of the seizure of the phone (from RICHARDS' pants' pocket) and the content of the phone, that the RICHARDS iPhone 1 was used by RICHARDS. The phone contained: (1) personal photos of RICHARDS; (2) personal photos of RICHARDS' family, including his children; (3) personal photos of associates of RICHARDS; (4) materials regarding an automobile association membership in RICHARDS' name; (5) a news article concerning an arrest involving RICHARDS' family; (6) materials concerning a moving violation under RICHARDS' name; and (7) a sketch of RICHARDS' long-standing legal counsel – the same counsel who has been tied to MELTON and Individual 3.

---

[8] As discussed below, RICHARDS' attorney's cell phone number was maintained in one of HAYDEN's phones.

[9] Investigators have executed the search warrants on the RICHARDS iPhone 2 and the RICHARDS iPad but have not yet been able to extract the content of the devices.

20. Recovered photos include screenshots of chats from the RICHARDS iPhone 1, including chats from applications, such as Wickr. Many of the chats include a participant named "James" or "jamesjackson." Some of the screenshots contain notifications that the sender or recipient "took a screenshot" of the messages.

21. The recovered photos and screenshots support that RICHARDS is the leader of a large-scale drug trafficking organization – the Richards DTO. For example, many photos display kilogram-quantities of drugs laid out on the floor – both fentanyl and cocaine are commonly trafficked in kilogram-quantities. There are additional photos which display a white substance contained in large plastic bags. Based on my training and experience, these images are consistent with crystal methamphetamine being packaged for distribution in pound-quantities. Based on the investigation, I believe it is a practice of the RICHARDS' drug trafficking organization, and RICHARDS himself, to send photographs of bulk drug shipments to the respective recipients in the conspiracy who would then distribute the controlled substances in their respective areas of the United States. The photo allows the co-conspirator to check the received drug shipment against the photo to ensure that no controlled substances were lost or stolen during transit. Examples of photos from RICHARDS iPhone 1 displaying kilogram-quantities of drugs are set forth below:






D4







An example of an image of pound-quantities of methamphetamine being distributed by the Richards DTO include the following:



22. RICHARDS' iPhone 1 also contains images displaying bulk amounts of U.S. currency displayed on a floor. Investigators believe, based on training and experience, and the ongoing investigation, that upon receipt and/or sale of the controlled substances supplied by RICHARDS, co-conspirators sent the Richards DTO bulk cash to pay for the controlled substances. Just as a photo of the drug supply was sent prior to shipment, investigators believe photos of the cash were sent prior to shipment to the DTO. This practice provided a method of accounting for the expected money and protected against theft or disputes over how much cash was actually sent. Photos from RICHARDS' iPhone 1 displaying large amounts of cash are set forth below:











23. Investigators reviewed photos and screenshots of chat messages in the RICHARDS iPhone 1. The messages include discussions of drug trafficking activity, including references to fentanyl. Along these lines, RICHARDS' iPhone 1 contains images of plates used to stamp kilograms with a "Mickey Mouse" symbol – thus identifying "Mickey" fentanyl. Two of the images are set forth below:[10]





Similar "Mickey" press plates were recovered from the stash location run by Individual 3 as noted above.

**V. <u>HAYDEN's Membership in the Richards DTO</u>**

24. On or about June 26, 2025, HAYDEN was arrested in Bakersfield, California on charges with Prevent/Dissuade Witness/Victim by Threat/Force, Assault on Person with Force – Great Bodily Injury, Battery with Serious Bodily Injury, and Participating in a Criminal Street Gang (*People vs. HAYDEN, DEMOND JAMES, BF205455A*).

[10] Metadata: Believe to be captured on 5/1/2024 at 2:53 PM.

25. On June 26, 2025, while arresting HAYDEN, and searching HAYDEN's residence, investigators seized approximately six cellular phones, including an Apple iPhone 12 Pro Max (the "HAYDEN iPhone 1") and an Apple iPhone 15 Pro Max (the "HAYDEN iPhone 2"). The HAYDEN iPhone 1 and the HAYDEN iPhone 2 will be referred to collectively as the "HAYDEN devices." Pursuant to state search warrants, investigators searched the HAYDEN devices.

26. I have reviewed the content from both devices and believe that both devices were owned and used by HAYDEN based on the nature of the seizure and the content of the devices, which includes numerous photographs of HAYDEN. Investigators also observed activity on the devices that is consistent with drug trafficking activity, including drug trafficking activity with RICHARDS and the Richards DTO. Similarly to the RICHARDS' device, the HAYDEN devices contain photos and videos of kilograms of drugs and large amounts of cash and photos and screenshots of chat messages that indicate large scale drug trafficking activity. Based on a review of these communications and other evidence, it appears that HAYDEN was responsible for distributing drugs for the Richards DTO in the area of St. Louis, Missouri.

27. Based on the investigation, including physical surveillance, historical reporting, information from local police officers and sources of information, and review of digital evidence, investigators determined that HAYDEN and RICHARDS were associates, each from Bakersfield, California. On this point, as noted above, based on the investigation, HAYDEN and RICHARDS are both members/associates in sets of the Crips Street Gang that are active in the Bakersfield area. In the HAYDEN iPhone 15, investigators observed a screenshot of chat messages between RICHARDS (using account name "jamesjackson") and HAYDEN (using account name "marlostannfield"). In the messages, RICHARDS sent HAYDEN an invitation to his girlfriend's birthday party – the same December 2023 birthday party at RICHARDS' compound that

MELTON attended (*see* Massachusetts Complaint Affidavit). An image of the message is set forth below:[11]




28. As discussed above, members/associates of the RICHARDS DTO have been represented by RICHARDS' attorney in criminal proceedings as part of their membership/association with the Richards DTO, including MELTON and Individual 3. Similarly, HAYDEN maintained information concerning RICHARDS' attorney on his phone. Investigators

[11] The screen name used by HAYDEN "marlostannfield" is consistent with the character "Marlo Stanfield" from the television series "The Wire," which involved drug trafficking in Baltimore, Maryland. In that series, Marlo Stanfield was the leader of a large drug distribution organization.

observed images of messages in the HAYDEN iPhone 1 wherein HAYDEN refers to RICHARDS as "Big Bro." For example, HAYDEN wrote to RICHARDS: "He has a lot of growing up to do big bro." and "Ok u know u good here big bro for however long u wanna stay." The messages are set forth below:







Investigators have also observed that HAYDEN saved a contact (both in Signal and Whatsapp) in the HAYDEN iPhone 1 as "Big Bro Lawyer." The number associated with the contact for "Big Bro Lawyer" is RICHARDS' attorney's cell phone number (ending in -5232).

29. In the review of the HAYDEN devices, investigators determined that HAYDEN used account names "marlostannfield," "marlostanfield3," "Boston George," and "deem" based on reviewing the messages, screenshots, and photos in the devices. Messages from those account names appear in screenshots of chat messages found on the HAYDEN devices. Investigators

observed images of chats between HAYDEN and RICHARDS wherein they discussed drug trafficking activity.

30. For example, in the HAYDEN iPhone 1, in messages in a screenshot, RICHARDS told HAYDEN, "39 girls and 6 boys." – which is consistent with RICHARDS providing 39 kilograms of cocaine and 6 kilograms of fentanyl to HAYDEN. RICHARDS continued: "4 girls belong to VITO" and "I didn't send you a 689 boy." Investigators believe, based on training and experience, that RICHARDS meant that HAYDEN was to give 4 of the kilograms of cocaine to an individual known as "Vito." Further, investigators believe that RICHARDS told HAYDEN he did not send HAYDEN a fentanyl kilogram ("boy") stamped "689." In the same string, HAYDEN also inquired about "this 888" – which appears to be reference to a type of fentanyl. According to data in the HAYDEN iPhone 1, the image was created on February 27, 2024.



31. In the HAYDEN iPhone 1, investigators observed screenshots of messages between HAYDEN and RICHARDS wherein they discuss the prices of kilograms of cocaine and fentanyl. HAYDEN asked: "An my number is 29 right an I give Vito an everybody else their numbers correct…" Investigators believe that HAYDEN asked RICHARDS if he was paying $29,000 per kilogram of cocaine. HAYDEN also referenced the nature of the relationship with RICHARDS, acknowledging that RICHARDS was in charge and HAYDEN would also keep RICHARDS aware of HAYDEN's activity: "I will always make u aware of what I'm doing an what number I have them at." RICHARDS replied, "Correct" and "Cool I like that." According to the data in the HAYDEN Phone 1, the image was created on or about June 12, 2025.

32. HAYDEN and RICHARDS then discussed pricing on a fentanyl ("boys") type. HAYDEN asked RICHARDS: "The 400 an the new 888 is to test or u know what they are already??? An is my number still 45 on the boys." Investigators believe, based on training and experience, that HAYDEN referenced fentanyl kilograms with the names "400" and "888." HAYDEN wanted to know if these types of fentanyl needed to be tested or if they were ready for distribution. Investigators know, based on training and experience, that drug traffickers often recruit drug addicts to test their- drugs to ensure potency, effectiveness, and consistency of product. The testing aids the drug traffickers in determining how much to charge for the drugs. Drug traffickers adjust the mixture of drug and cutting agent to a point where their drug customers are happy, but their profits are maximized. HAYDEN also asked if he would still be paying $45,000 for kilograms of fentanyl ("An is my number still 45 on the boys"). RICHARDS answered: "46 on the 77 and new 888, 45 on the 888. the 400 it cost me more even more but let's test at 46 and see what it's really something I should be charging 50." Investigators believe, based on training and experience, that RICHARDS instructed HAYDEN to charge $46,000 for fentanyl kilograms

marked "77" and the new "888" and $45,000 for older fentanyl kilograms marked "888." RICHARDS explained that the fentanyl kilograms marked "400" cost him more to purchase but instructed HAYDEN to charge $46,000 per kilogram even though RICHARDS believed he could charge $50,000 per kilogram. RICHARDS explained, "The 400 supposed to be more powerful but we shall see." According to date in the HAYDEN iPhone 1, the image was created on June 12, 2025. The image is set forth below:



33. Investigators observed images of kilograms of drugs in the HAYDEN iPhone 1. In the images, some of the kilograms are marked "888." The images are set forth below:




*[Arrow added for emphasis.]*



*[Arrow added for emphasis.]*

34. Investigators observed a photo that included kilograms marked “77” in the RICHARDS iPhone 1. The photo is set forth below:



*[Arrow added for emphasis.]*

35. Investigators observed a screenshot displaying messages wherein RICHARDS expressed optimism about their drug trafficking profits. RICHARDS wrote: "…we about to get super rich. I feel it," "We got irons in the fire," and "I'm going to turn you into an American icon." RICHARDS asked HAYDEN: "You got what it take." HAYDEN replied, "…what I gotta do". According to data from the HAYDEN iPhone 1, the image was created on February 25, 2024. The image is set forth below:




36. Investigators observed an image of messages wherein RICHARDS discussed with HAYDEN adjusting the price per kilogram of cocaine to stay competitive in the drug market. RICHARDS wrote: "Then we will have to adjust our numbers but when I talk to them they telling me people are at 28 and they're talking about the quality so I don't know what to think" and "Call these next ones I can drop it down to 26 if that helps us compete." Investigators believe, based on training and experience, that RICHARDS told HAYDEN that he would drop the price per kilogram of cocaine from $28,000 to $26,000. HAYDEN expressed concern about his profits at that price point: "I don't know what to think either I'm waiting to talk to Vito face to face. An that means I have to drop the number on mine to the same as ur's… that gone cut me deep… this game is

something else." According to data from the HAYDEN iPhone 1, the image was created March 11, 2024. The image is set forth below:




37. Investigators observed a screenshot of messages wherein HAYDEN discussed the payment of a drug debt. HAYDEN wrote: "Being that I don't have the full 420k for the 10 should I just send 378,000 for 9 of them??? An stack the 22k ??? Whats ur thoughts???" Investigators believe, based on training and experience, that HAYDEN owed $420,000 for 10 kilograms. Investigators believe that the kilograms were fentanyl based on the price point - $42,000 each. Investigators believe that HAYDEN was seeking input from RICHARDS on whether to send a partial payment of $378,000 since he did not have the full amount available. According to available information from the HAYDEN iPhone 1, the image was created on November 12, 2022. The image is set forth below:




38. Investigators observed a screenshot of messages between RICHARDS and HAYDEN where RICHARDS discussed the ratios HAYDEN should use when cutting his drug supply. Investigators believe, based on training and experience, that RICHARDS was instructing HAYDEN how much cutting agent to add to his drug supply and how to mix it together. According to available information from the HAYDEN iPhone 1, the image was created on March 11, 2024.

39. Investigators observed a screenshot of a message where HAYDEN discussed what he owed for a shipment of drugs. HAYDEN wrote: "I owe u 1,092,000 for the load I just got that's 39 girls @28k. I'll give u the boy numbers once I finish testing them an u tell me how to do them." Investigators believe, based on training and experience, that HAYDEN owed RICHARDS payment for 39 kilograms of cocaine. Investigators believe, based on training and experience, that RICHARDS charged HAYDEN $28,000 for each kilogram of cocaine, i.e., $28,000 multiplied by

39 kilograms for a total of $1,092,000. According to data in the HAYDEN iPhone 1, the image was created on March 11, 2024. The image is set forth below:




40. Investigators observed screenshots of messages between RICHARDS and HAYDEN where HAYDEN discussed the amount of money that he owed RICHARDS for a drug supply and sent photographs of the money that he would be sending to RICHARDS. HAYDEN sent a photo of cash bundled in plastic bags and wrote, "I owed you 655.5k for the 23 girls @28k this is 570k it's short 3 bricks that's 85.5k. Vito still owes for those 3. An that's 95k for the boy. 65k is still owed by weelo To close out that bill I sold 11 of the 12 u sent it was the 10 77's an 1 400 the 888 that made 12 is still in the safe it wasn't strong enough to sell." HAYDEN then sent a photo of cash in plastic bags and wrote: "This 240k is mine. 220k is for 10 girls @22k unless the price drops. The other 20k is for the 10k I owed for shipping an the 10k I owed for shipping an

the 10k for the shipping of the 10 I'm sending out for." According to data from the HAYDEN iPhone 1, the images were created on June 12, 2025. The images are set forth below:










Investigators observed a note within the Notes App of the HAYDEN iPhone 1. "The recipe to get rich as fuck" and dated April 2, 2024. The note contained an image of handwriting on a piece of paper. The handwriting appears to be a recipe for cutting a fentanyl supply, and "Mickey" is one of the substances used in making this type of fentanyl. Investigators believe, based on training, experience, and the investigation, that the references to "Mickey" in the note are references to RICHARDS' high-potency fentanyl kilograms. Along these lines, in the HAYDEN iPhone 1, investigators observed a video that showed the production of kilograms stamped with the same Mickey Mouse image. The video showed an individual weighing a powder into clear plastic bags, placing the bags into a kilogram mold, placing the Mickey Mouse

stamp on top, and pressing the powder in a hydraulic press. Still frames from the video are set forth below:







Finally, investigators observed a different note within the Notes App of the HAYDEN iPhone 1. The note was titled "Million Dollar Recipe" and dated April 23, 2024. The note contained an image of handwriting on a piece of paper which included a recipe for mixing fentanyl with cutting agents.

**CONCLUSION**

Based on the foregoing, there is probable cause to believe that Demond HAYDEN conspired with others (including Theodore RICHARDS, III and Elijah MELTON) to distribute and possess with intent to distribute controlled substances, including fentanyl and cocaine, in violation of 21 U.S.C. § 846. There is further probable cause to believe that HAYDEN was involved in the distribution of over 400 grams of a substance containing a detectable amount of fentanyl and the distribution of over 5 kilograms of a substance containing a detectable amount of cocaine.

Attested to under the pains and penalties of perjury by telephone in accordance with Fed. R. Crim. P. 4.1 on June 16, 2026.

Timothy Kenny DLC

Special Agent Timothy R. Kenny
Federal Bureau of Investigation

Electronically sworn to and subscribed telephonically in accordance with Federal Rule of Criminal Procedure 4.1 on June 16, 2026.

HONORABLE DONALD L. CABELL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS